IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-127 (MN) |
| MISTY MAY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 17th day of June 2025;

WHEREAS, on May 8, 2025, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 10) in this action recommending that the Court dismiss Plaintiff's Complaint without prejudice and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report; and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 10) is ADOPTED.

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Plaintiff is granted leave to file an Amended Complaint on or before July 17, 2025 to correct the deficiencies outlined in the Report and Recommendation.

4.  Should Plaintiff fail to file an Amended Complaint in the time prescribed, the Clerk of Court shall CLOSE this case.

/s/ Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge